1 **FARUQI & FARUQI, LLP**
Barbara A. Rohr SBN 273353
2 Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
3 Los Angeles, CA 90024
Telephone: (424) 256-2884
4 Facsimile: (424) 256-2885
Email: brohr@faruqilaw.com
5         bheikali@faruqilaw.com

6 *Attorneys for Plaintiff*

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENT TALBERT, on Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>MATTSON TECHNOLOGY, INC., FUSEN E. CHEN, KENNETH KANNAPPAN, RICHARD E. DYCK, SCOTT KRAMER, DOUGLAS SCOTT PETERSON, KENNETH G. SMITH, and THOMAS ST. DENNIS,<br><br>Defendants. | Case No. 16-CV-00811-LHK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice all claims against Mattson Technology, Inc., Fusen E. Chen, Kenneth Kannappan, Richard E. Dyck, Scott Kramer, Douglas Scott Peterson, Kenneth G. Smith, and Thomas St. Dennis in the above-captioned action. This Notice of Dismissal Without Prejudice is being filed with the Court before service by Defendants of either an answer or

///

///

///

1  a motion for summary judgment.

3  Dated: June 7, 2016

**FARUQI & FARUQI, LLP**

/s/ *Barbara A. Rohr*
    Barbara A. Rohr

Benjamin Heikali
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile:  (424) 256-2885
Email: brohr@faruqilaw.com
      bheikali@faruqilaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
685 Third Avenue, 26th Fl.
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: jmonteverde@faruqilaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on June 7, 2016, at Los Angeles, California.

By: */s/* Barbara A. Rohr
Barbara A. Rohr